1
2
3
4
5

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

6
7

UNITED STATES OF AMERICA,

CASE NO. CR11-022-RJB

8
9

Plaintiff,

v.

ORDER GRANTING RENEWED
MOTION TO MODIFY
CONIDTIONS OF SUPERVISION

10

FRANCES SCHAEFFER COX,

11

Defendant.

12

13      This matter comes before the Court on Defendant Francis Schaeffer Cox's renewed

14 motion to modify conditions of supervision (Dkt. 832).  The Court has considered the motion

15 and the records in this case.  Plaintiff United States of America has not responded.

16      IT IS ORDERED that the motion is GRANTED.  The requirement that Mr. Cox obtain

17 probation-approved mental health treatment is removed.  All other conditions of supervision

18 shall remain in place.

19      The Clerk is directed to send uncertified copies of this Order to all counsel of record and

20 to any party appearing pro se at said party's last known address.

21      Dated this 16th day of September, 2024.

22

23      _____
        ROBERT J. BRYAN
24      United States District Judge

ORDER GRANTING RENEWED MOTION TO MODIFY CONIDTIONS OF SUPERVISION - 1